Same case below, 349 Fed. Appx. 957.

**No. 09-1247. Certain Real Property, Located at 317 Nick Fitchard Road, N.W., Huntsville, Alabama, et al., Petitioners v. United States.**

560 U.S. 927, 130 S. Ct. 3350, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4338.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 579 F.3d 1315.

**No. 09-1250. Richard I. Fine, Petitioner v. Leroy D. Baca, Sheriff, Los Angeles County, California, et al.**

560 U.S. 927, 130 S. Ct. 3334, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4214,

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 356 Fed. Appx. 998.

**No. 09-1266. George DeLalio, Petitioner v. Wyoming.**

560 U.S. 927, 130 S. Ct. 3340, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4368.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 363 Fed. Appx. 626.

**No. 09-1267. Patrick Grant Davis, Petitioner v. United States.**

560 U.S. 927, 130 S. Ct. 3340, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4267.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 360 Fed. Appx. 457.

**No. 09-1294. Brian Sean McClendon, Petitioner v. United States.**

560 U.S. 927, 130 S. Ct. 3340, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4229.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 362 Fed. Appx. 475.

**No. 09-1296. Anthony Hampton, Petitioner v. United States.**

560 U.S. 927, 130 S. Ct. 3345, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4247.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 585 F.3d 1033.

**No. 09-5818. Roger Dean Tom, Petitioner v. United States.**

560 U.S. 927, 130 S. Ct. 3319, 176 L. Ed. 2d 1224, 2010 U.S. LEXIS 4331.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 565 F.3d 497.